# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
               Appellant,

vs.

THE STATE OF NEVADA; AND C.C.D.C.,
               Respondents.

No. 76944

FILED

OCT 01 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant purports to challenge a decision and order entered on August 20, 2018, but the district court docket sheet indicates that the only order dated August 20, 2018, is a minute order that does not bear the file-stamp of the district court clerk and is not signed by the district court. Such a document cannot be appealed. *See Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). We thus conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

---

[1]Appellant's motion for stay is denied as moot.

18-38234

cc:    Hon. Kerry Louise Earley, District Judge
John Elvin Turner
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A